# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

### TRICIA PEPIN
Clerk of Bankruptcy Court

301 U.S. Courthouse
Minneapolis, MN 55415
612-664-5200

200 Warren E. Burger Federal Building and
United States Courthouse
St. Paul, MN 55101
651-848-1000

204 Edward J. Devitt United States Courthouse
and Federal Building
Fergus Falls, MN 56537
218-739-4671

404 Gerald W. Heaney Federal Building and
United States Courthouse and Customhouse
Duluth, MN 55802
218-529-3600

www.mnb.uscourts.gov

From the St. Paul Office

October 8, 2021

Bryan S. Reichel
18199-041
FCI Dix
Box 2000
Joint Base MDL, NJ 08640

Re: Bryan S. Reichel; Case No. 11-32923

Dear Mr. Reichel:

I have received your letter dated October 2, 2021.  I believe your inquiry is regarding the attached Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction.  As you can see from this Notice, a transcript was requested by an interested party in your case. This Notice is placed on the docket to advise all parties that the transcript is available if they choose to purchase it from the transcriber.  You may contact Access Transcripts, LLC and purchase a copy as stated in the Notice.

Sincerely,

Attachment

dt

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Bryan S. Reichel

Case No: 11−32923

Debtor(s)

Chapter 7 Case

### Notice of Filing of Transcript
### and of Deadlines Related to Restriction and Redaction

A transcript of the proceeding held on 10/23/2019 was filed on 7/30/21. The following deadlines apply:

The parties have until 8/6/21 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is 8/20/21.

If a request for redaction is filed, the redacted transcript is due 8/30/21.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/28/21 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Access Transcripts, LLC − Ilene Watson 855−873−2223 or you may view the document at the clerk's office public terminal.

Dated: 8/2/21

Tricia Pepin
Clerk, United States Bankruptcy Court

By: Debbie
Deputy Clerk

mnbntrdl 10/16

Clerk of Court                                          10/2/21
U.S. Bankruptcy Court
200 US Courthouse
316 N. Robert St.
St. Paul, Minnesota 55101

RECEIVED
21 OCT -7 PM 1:59
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Re: Request for 10/23/19 Transcript.

Dear Clerk
        I recently received a letter dated 9/16/20
from the United States Court of Appeals - 8th Circuit
instructing me to contact your office for a
complete and unredacted copy of the telephonic
hearing held on 10/23/19. This request is
made in reference to Case # 21-6005.

        Please forward me a copy ASAP to:
Bryan S. Reichel  #18199-041
FCI Dix
Box 2000
Joint Base MDL, New Jersey 08640

        I need it for my appeal! Case # 21-2145

Sincerely

Bryan S Reichel.