TRULINCS 18199041 - REICHEL, BRYAN S - Unit: FTD-P-B

---

FROM: 18199041
TO:
SUBJECT: Motion to Stay Bankruptcy Case # 11-32923
DATE: 06/29/2023 01:13:04 PM

**RECEIVED BY MAIL**

JUL 2 6 2023

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Bryan S. Reichel,
    Petitioner,

v.

Case # 11-32923

MaryJo Jensen/Carter,
    Respondent.

### MOTION TO STAY ALL PROCEEDINGS

Bryan S. Reichel, petitioner, pro se, (hereinafter "Reichel"), does hereby move this Honorable Court in his Motion to Stay Any and All Proceedings in the above referenced case # 11-32923 for period of up to 90 days and offers the following in support THEREOF;

1. Reichel filed Chapter 7 on April 29, 2011.

2. Reichel - both as a debtor and as an assignee of a claim, has timely filed objections to false proofs of claim in the above referenced case. The merits if those objections remain unadjudicated as of this Motion.

3. Reichel has filed other critical motions relating to this case that also remain unadjudicated on their merits as of this motion.

4. The BOP has told Reichel that he is being transferred. As part of the transfer process, Reichel is required to "pack out" all of his property including all of his legal work so the BOP can ship it to his final destination. The BOP transfer process, along with receiving his property and legal work could take up to 90 days. As such, Reichel will not have access to any of his legal work and will be unable to communicate with the Court.

5. Reichel anticipates that it could take up to 90 days to be transferred to his new destination and reorganize his legal work pertaining to this case.

7. There would be no prejudice to anyone by the Court's allowance of a "Stay" as requested, as no party including the Chapter 7 trustee has ever responded to any of Reichel's pro se Motions.

THEREFORE, Reichel respectfully requests this Honorable Court grant his request for a "Stay" on any and all Proceedings for up to 90 days in Case # 11-32923.

Respectfully submitted,

*[signature]*  7/19/23

Bryan S. Reichel, 18199041
FCI Dix
Box 2000
Joint Base MDL, New Jersey 08640

TRULINCS 18199041 - REICHEL, BRYAN S - Unit: FTD-P-B

----

FROM: 18199041
TO:
SUBJECT: BK Clerk - Motion to Stay
DATE: 07/06/2023 06:55:28 AM

July 19, 2023

Clerk of Court
US Bankruptcy Court
District of Minnesota
316 N. Robert Street
St. Paul, Minnesota 55101

**RECEIVED BY MAIL**

**JUL 2 6 2023**

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

Re: Motion to Stay All Proceedings - Case # 11-32923

Dear Clerk,

Please find enclosed, petitioners Motion to Stay All Proceedings for up to 90 days. Please serve all parties electronically. I also include an additional Page "1". Please be so kind as to stamp it when received, add the appropriate docket number to it and return it to me in the enclosed envelope.

I thank you in advance for your assistance in this matter.

Sincerely,

*[signature]* 7/19/23

Bryan S. Reichel, 18199041
FCI Dix
Box 2000
Joint Base MDL, New Jersey 08640

## CERTIFICATE OF SERVICE

I, Bryan S. Reichel, do solemnly swear under penalties of perjury that on July 19, 2023, I gave a true and correct copy of my Motion to Stay All Proceedings in Case # 11-32923 to prison officials at Ft. Dix, New Jersey 08640 with instructions to mail it via US Mail to the Clerk of Court, US Bankruptcy Court, 316 N. Robert Street, St. Paul, Minnesota 55101 with proper first class postage affixed.

Sincerely,

*[signature]* 7/19/23

Bryan S. Reichel, 18199041
FCI Dix
Box 2000
Joint Base MDL, New Jersey 08640